STATE of Missouri, Respondent,

v.

Roger W. BROWN, Appellant.

No. WD 38938.

Missouri Court of Appeals, Western District.

Aug. 4, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1987.

Sean D. O'Brien, Public Defender, David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and MANFORD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from conviction of tampering in the first degree, § 569.080.1(2) RSMo 1986,

and sentence of eight years' imprisonment, as a persistent offender, § 558.016.

Affirmed.   Rule 30.25(b).